Name: Andrew v. Thomas
Prison Number: #55836
Place of Confinement: Wildwood Correctional center
Address: 10 Chugach Ave, Kenai, Alaska 99611
Telephone: N/A



RECEIVED
MAY 20 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Andrew V. Thomas,

    Plaintiff,

vs.

Indian Health Service

Alaska Native Medical center,

    Defendant(s).

Case No. 3:25-cv-00098-SLG

**MOTION**

to/for Wrongful Death

I, Andrew V. Thomas, a self-represented prisoner, move to/for Alaska Native Medical center and Indian Health service under the following statute(s)/rule(s) (if known) Wrongful Death for the following reason(s): Alaska Native Medical Center and Indian Health Service be held accountable for the wrongful death of Jennifer Lynn William's Dob -1989

PS15 (06/09)

Prisoner's Motion

During a normal surgical procedure Alaska Native Medical failed at giving Jennifer Lynn williams adequate care. Because of the entire surgical team's incompetence Jennifer Lynn Williams Flat-lined on the operating table. because of lack of oxygen Jennifer lynn Williams became in a vegtated state where she suvived for 6 months before she surcome to her injurie's. Jennifer Lynn William's was the mother of 5 children. The surviving Family Members have had to indure many hardships over there loved one's passing.

## Declaration Under Penalty of Perjury

I, Andrew V. Thomas, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 5-13-2025, at Kenai, Alaska.

*Andrew V. Thomas*
Signature

5/13/2025

## Certificate of Service

I certify that, on 5-13-2025 a copy of this motion
(Date of mailing or handing to Correctional Officer)

was served, by first class U.S. mail, on 5-13-2025
(Opposing Party or Counsel)

at Alaska area Native Health service (IHS) Inuit building 4141 Ambassador Dr. Alaska Native Medical center, 4315 Diplomacy Dr Anch, Ak 99508.
(Address)
Anch, Ak 99508

5-13-2025    *Andrew V. Thomas*

Case 3:25-cv-00098-SLG    Document 1    Filed 05/20/25    Page 2 of 4

## WRONGFUL DEATH MOTION CONTINUED

Signature

*Andrew V. Thomas*

Jennifer Lynn Williams was my eldest Daughter she went to have a very simple surgery done at Alaska Native Medical center. This was june of 2023. During the surgical procedure the surgical staff put gas into jennifer Lynn williams stomach the pressurized gas ended up perferating her liver. This resulted in the pressurized gas to go directly into Jennifer's blood stream. Jennifer flat lined as a result and then went into heart failure. Because the surgical staff took so long to revive Jennifer and her brain and body was deprived of oxygen she became into a vegtated state where she was monitored daily. This continued for about 5 month's until the family decided to let her be put into hospice care Jennifer then was transfered from Alaska Native Medical center to a hospice facility in Sitka alaska. Jennifer tracheotomy tube then got damaged and infected she was transfered back to Alaska Native Medical center. Jennifer stayed at Alaska Native Medical center until Nov 2023 where she finally did surcome to her injuries.

## ALASKA NATIVE MEDICAL CENTER AND INDIAN HEALTH SERVICE.

Are to be held accountable for Wrongful Death Of Jennifer Lynn Williams. Jennifer had five children whom now have No Mother in there live's The Surviving Family Member's have endured many Hardship's over The Loss of the beloved Aunt Sister Mother. Over the loss of there loved one this hole family is shattered. The Family is forced to bring a lawsuit over both of the agency mentioned in this suit.

As a Father nobody is suppose to outlive there children but because of the lack of standard Care and incompetence that Alaska Native Medical Center showed during a very simple surgical Procedure cost Jennifer Lynn Williams her life. The Family is shattered over this loss of a loved member of there family. My Lawsuit is for pain and suffering as a Father whom has lost his eldest Child over gross negligence and incompetence by the surgical team. Indian Health Service whom oversee Alaska Native Medical center's Nursing staff and doctor's are held accountable in this lawsuit.

       For This Loss as a father I seek In Monetary Damages of one Million three Hundred fifty Thousond.

       I will never get to see my daughter again and neither will her five children. They to seek Monetary damages for both agency's involved in this wrongful death suit.

Andrew Thomas #55836
Wildwood Correctional
10 Chugach ave
Kenai Alaska
99611



Legal Mail

United States District Court
of Alaska
222 West 7th Avenue #4
Anchorage Alaska 99513

Legal Mail